**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Angela Zanin-Wog, Esq. (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 1:14-CV-00217-LJO-GSA <br><br> **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> *Current Date:*  May 20, 2014 <br> *Proposed New Date:*  July 15, 2014 <br> Time:  9:00 a.m. <br> Ctrm:  10 (6th Floor) <br> Judge:  Gary S. Austin, U.S. Magistrate |

/ / /

/ / /

1

CASE NO.: 1:14-CV-00217-LJO-GSA
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## **ORDER**

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference ("MSC") is continued to July 28, 2014 at 10:00 a.m. The parties shall file their joint scheduling report one week prior to the hearing.

IT IS SO ORDERED.

Dated:   **May 12, 2014**                        **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE