**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Angela Zanin-Wog, Esq. (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:14-CV-00217-LJO-GSA<br>[Honorable Lawrence J. O'Neill]<br><br>**ORDER FOR BRIEFING SCHEDULE ON CENTEX'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

# ORDER

The Court HEREBY ORDERS the following dates and briefing schedule:

- June 30, 2014:  Last day for Centex to file Motion to Dismiss Travelers' Second Amended Complaint ("SAC");
- July 16, 2014:  Last day for Travelers to file opposition to Motion to Dismiss Travelers' SAC;
- July 30, 2014:  Last day for Centex to file reply to Travelers' opposition to Motion to Dismiss SAC;
- August 13, 2014 at 8:30 a.m. in Courtroom 4 (LJO): hearing date on Centex's Motion to Dismiss SAC; and
- August 27, 2014 at 10:00 am in Courtroom 10 (GSA): Mandatory Scheduling Conference.

**SO ORDERED**
**Dated: June 16, 2014**

>                              **/s/ Lawrence J. O'Neill**
>                              **United States District Judge**