UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, et al., <br><br> Defendants. | CASE NO. 2:14-cv-01962-MCE-KJN <br><br> ORDER TO RELATE AND REASSIGN CASE |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Travelers Indemnity Company of Connecticut v. Centex Homes*, Case No. 1:14-CV-00217-LJO-GSA. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

///

///

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Gary S. Austin. All documents shall bear the new **CASE NO. 2:14-cv-01962-LJO-GSA.**

Dated: September 5, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT