PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, ,<br><br>Defendants. | Case No. 1:14-CV-00217-LJO-SAB<br><br>**U.S. District Court Judge: The Hon. Lawrence J. O'Neill**<br><br>**U.S. Magistrate Judge:  The Hon. Gary S. Austin**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE STATUS REPORT BY ONE WEEK**<br><br>Trial Date:       None |

1  Parties' Joint Stipulation to Extend Time to File Status Report by One Week was filed with
2  the Court on September 12, 2014. After full consideration of the matter
3
4  The Parties' Joint Stipulation extending the deadline to submit a Joint Status Report to
5  Judge Austin by seven (7) days to **September 24, 2014** is GRANTED.
6
7
8
9  IT IS SO ORDERED.

10  Dated:   **September 13, 2014**                     **/s/ Gary S. Austin**
11                                                    UNITED STATES MAGISTRATE JUDGE