**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Angela Zanin-Wog, Esq. (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 1:14-CV-00217-LJO-GSA <br> [Honorable Lawrence J. O'Neill] <br><br> **ORDER FOR BRIEFING SCHEDULE ON TRAVELERS' MOTION TO DISMISS CENTEX'S COUNTERCLAIM** |

/ / /

/ / /

/ / /

# **ORDER**

Based upon the stipulation of all parties, the Court HEREBY ORDERS the following dates and briefing schedule:

- October 29, 2014:  Last day for Travelers to file Motion to Dismiss Centex's Counterclaim;
- November 12, 2014:  Last day for Centex to file opposition to Motion to Dismiss Centex's Counterclaim;
- December 3, 2014:  Last day for Travelers to file reply to Centex's opposition to Motion to Dismiss Counterclaim; and
- December 16, 2014 at 8:30 a.m.:  Hearing date on Travelers' Motion to Dismiss SAC.

IT IS SO ORDERED.

Dated:   **October 2, 2014**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles, County of Los Angeles in the State of California. I am over the age of 18 and am not a party to the within action. My business address is 700 South Flower Street, Suite 3350, Los Angeles, California 90017. On ***October 1, 2014***, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:   **[PROPOSED] ORDER FOR BRIEFING SCHEDULE ON TRAVELERS' MOTION TO DISMISS CENTEX'S COUNTERCLAIM**

☐ (BY MAIL) I verify that each such envelope, with postage thereon fully prepaid, has been or will be placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of The Aguilera Law Group, APLC, for collection and processing of correspondence and/or documents for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE)  The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is available upon request.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT)  I certify that I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on ***October 1, 2014***, at Los Angeles, California.

                                     _____*/s/ Judy Jaramillo*_____
                                     Judy Jaramillo