# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CENTEX HOMES, et al., <br><br>　　　　Defendants. | 1:14-cv-217-LJO-SAB <br><br> **ORDER RE DEFENDANTS' VOLUNTARY DISMISSAL OF COUNTERCLAIMS (DOCS. 39 & 43)** |
|---|---|

　　Based on Defendants' notice of voluntary dismissal of their counterclaims against Plaintiffs under Fed. R. Civ. P. 41(c)(1) (Doc. 43), this Court DISMISSES <u>without prejudice</u> Defendants' counterclaims (Doc. 39).

IT IS SO ORDERED.

　　Dated:  **October 17, 2014**　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE