**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Y. Chao, Esq. (SBN 250735)
Angela Zanin-Wog, Esq. (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No. 1:14-cv-00217-LJO-GSA<br>[Honorable Lawrence J. O'Neill]<br><br>**ORDER TO DISMISS ACTION WITHOUT PREJUDICE** |

///

///

1

Pursuant to stipulation of Plaintiffs TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND TRAVELERS CASUALTY INSURANCE COMPANY (collectively "TRAVELERS"), and Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (collectively "CENTEX") and good cause existing therefore,

**IT IS HEREBY ORDERED** that defendants CENTEX is dismissed without prejudice, and that this entire matter be dismissed without prejudice with each party bearing their own costs and fees.

IT IS SO ORDERED.

Dated:   **September 30, 2015**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE